176 P.2d 24]
[L. A. No. 18960. In Bank. Dec. 19, 1946.]

MARVIN L. ALLEN et al., Respondents, v. CALIFORNIA WATER AND TELEPHONE COMPANY (a Corporation), Appellant.

Bacigalupi, Elkus & Salinger, Philip Storer Thacher and Charles DeY. Elkus for Appellant.

J. F. DuPaul, City Attorney, and Shelley J. Higgins for Respondent, City of San Diego.

Phil D. Swing and Charles C. Crouch for Respondents.

THE COURT.—This is an appeal from an order made after judgment denying a motion for modification of the judgment. The appeal from the judgment has been this day decided *ante*, p. 466 [176 P.2d 8] (*Allen* v. *California Water & Telephone Co.*). The opinion and decision on that appeal renders unnecessary a consideration of the questions here presented.

This appeal is therefore dismissed.